AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 24 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| United States of America<br>v.<br><br>Jesus SAENZ-Martinez<br>Juan FLORES-Aguilar<br><br>*Defendant(s)* | )<br>)<br>)  Case No: 25-2914 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>July 22, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections)</u>, an offense described as follows:

Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise

This criminal complaint is based on these facts:
On July 22, 2025, Border Patrol Agents observed a tan Nissan SUV bearing Arizona license plate parked at a local business. Agents conducted a consensual encounter and questioned the driver defendant SAENZ-Martinez, Jesus and passenger defendant FLORES-Aguilar, Juan as to their citizenship. Defendant SAENZ-Martinez and defendant FLORES-Aguilar admitted to being illegally present in the United States and not possessing any immigration documents to be in or remain in the United States legally. Defendant SAENZ-Martinez and defendant FLORES-Aguilar were taken into custody and transported to the Las Cruces Border Patrol Station for processing.

☒ Continued on the attached sheet.

*Complainant's signature*

Leopoldo Terrazas, Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~. via telephone.

Date: July 24, 2025

City and state: Las Cruces, N.M.

*Judge's signature*

GREGORY B. WORMUTH
U.S. MAGISTRATE JUDGE
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Jesus SAENZ-Martinez
Juan FLORES AGUILAR

**Continuation of Statement of Facts:**

In a post Miranda interview, defendant FLORES-Aguilar, Juan stated he recently illegally entered the United States and was transported to a stash house. Defendant FLORES-Aguilar stated that he was asked by an individual to be a caretaker of illegal aliens for monetary gain to pay back debt owed. Defendant FLORES-Aguilar stated he agreed to be a caretaker of illegal aliens.

In a post Miranda interview, defendant SAENZ-Martinez, Jesus stated he recently illegally entered the United States and was asked by an individual to transport illegal aliens from El Paso, Texas to Albuquerque, New Mexico for monetary gain. Defendant SAENZ-Martinez agreed and admitted to transporting illegal aliens with defendant FLORES-Aguilar, Juan, on five occasions. Defendant SAENZ-Martinez admitted to transporting illegal aliens twenty times to Albuquerque, New Mexico. Defendant SAENZ-Martinez stated they would communicate with each other through cellphone and scouts that would advise when to travel through the Border Patrol Checkpoints. Defendant SAENZ-Martinez admitted to housing eleven illegal aliens at a residence. Defendant SAENZ-Martinez showed agents the location and gave permission to enter the residence. Agents conducted a knock and talk at the residence and discovered eleven individuals illegally present in the United States. Eleven individuals illegally present were taken into custody and transported to the Las Cruces Border Patrol for further processing.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Assistant United States Attorney Maria Armijo was presented with the aforementioned facts and authorized criminal prosecution of defendant FLORES-Aguilar, Juan & defendant SAENZ-Martinez, Jesus for 8 U.S.C. 1324(a)(1)(A)(v)(I).

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Leopoldo Terrazas, Agent
Filing Agent