FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT - 7 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25CR4137 SMD |
| vs. | ) 8 U.S.C. § 1324(a)(1)(A)(v)(I): <br> ) Conspiracy to Transport an Illegal Alien. |
| **JUAN FLORES-AGUILAR,** | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about July 22, 2025, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **JUAN FLORES-AGUILAR**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the United States, to commit an offense defined in 8 U.S.C. § 1324(a)(1)(A)(ii), specifically, transporting illegal aliens.

In violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I).

RYAN ELLISON
Acting United States Attorney

GRANT GARDNER
Assistant United States Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304